■ VERONICA ORYSZCZAK, Respondent, v STEPHEN WATERS et al., Appellants. [679 NYS2d 857] —Appeal from an order of the Supreme Court (Ellison, J.), entered February 17, 1998 in Chemung County, which denied defendants' motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice William N. Ellison.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.